445 A.2d 243

Commonwealth v. Matalavage, Appellant.

Sub-mitted February 22, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

445 A.2d 244

Commonwealth v. McManus, Appellant.

Petition for Allowance of Appeal Denied Dec. 6, 1982.

Argued June 23, 1981. Edward Reif, for appellant; Michele G. Lehr, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgment of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.